| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br>Bar Number: 297798<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>**Kristopher Lee VanOver**<br>**Ana Raquel VanOver**<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.  ☑  I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  06/20/2025      Kristopher Lee VanOver                                    _/s/ signature_
                        Printed name of Debtor 1                                 Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 1                          F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  06/20/2025      Ana Raquel VanOver
                       Printed name of Debtor 2                                    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 2                          F 1002-1.EMP.INCOME.DEC

**Insperity**

***Did You Know That Insperity Premier(TM) is the Place to Go for your...***

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

---

**Employee:** VANOVER, KRISTOPHER L    **Employee ID:** 4540272    **Check #:** 91154519
**Company:** SIMULATOR PRODUCT SOLUTIONS LLC (5287000)
21818 S WILMINGTON AVE STE 411    **Pay Date:** 06/20/2025    **Pay Type:** Hourly
CARSON, CA 90810    **Pay Period:** 06/01/2025 To 06/14/2025    **Department:** 0
**Phone:** (619) 417 7901    **Pay Frequency:** BiWeekly    **Location:** 0

**Gross Earnings:** 2,908.50    **Total Taxes:** 468.08    **Total Deductions:** 189.58    **Net Pay:** 2,250.84

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| *Current Pay Period* | | | | | | |
| Bereavement Pay | 06/01/2025 | 06/07/2025 | 32.00 | 35.00 | 1,120.00 | 1,400.00 |
| Floating Holiday | 06/01/2025 | 06/07/2025 | 8.00 | 35.00 | 280.00 | 280.00 |
| Rate 1 - Reg | 06/08/2025 | 06/14/2025 | 39.90 | 35.00 | 1,396.50 | 29,480.56 |
| Rate 1 - OT | 06/08/2025 | 06/14/2025 | 0.13 | 52.50 | 7.00 | 995.69 |
| Missed Meal Occurrences | 06/08/2025 | 06/14/2025 | 3.00 | 35.00 | 105.00 | 105.00 |
| *Previous Insperity wages paid / Other wages paid* | | | | | | |
| Rate 1 - DT | | | | | | 502.83 |
| Vacation - Reg | | | | | | 1,571.83 |
| Sick | | | | | | 2,137.08 |
| Holiday | | | | | | 1,616.00 |
| **Gross** | | | 83.03 | | **2,908.50** | **38,088.99** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 72.19 | 927.13 |
| Dependent Med | 86.35 | 1,108.95 |
| Employee D/V | 7.04 | 91.52 |
| Dependent D/V | 24.00 | 312.00 |
| **Total** | **189.58** | **2,439.60** |
| **After Tax** | | |
| **Total** | **0.00** | **0.00** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 169.46 | 2,239.43 |
| CA SIT | 58.00 | 768.01 |
| CA SDI | 32.63 | 427.80 |
| SocSec | 168.57 | 2,210.25 |
| Medicare | 39.42 | 516.91 |
| **Total** | **468.08** | **6,162.40** |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 0.00
Extra Withholding: $ 0.00
Exempt: No

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########0358 | ########9960 | 2,250.84 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance | |
|---|---|---|---|---|
| Vacation | 44.710 | 37.370 | 7.340 | Hours |
| Sick | 48.000 | 46.920 | 1.080 | Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 35,649.39 |
| Social Security | 35,649.39 |
| Medicare | 35,649.39 |

# KRISTOPHER VANOVER

**Employee ID:** 4540272

Pay History Information
Pay Dates: 11/01/2024 to 06/13/2025
 5287000 - SIMULATOR PRODUCT SOLUTIONS LLC

Click Here to view all paystubs for the pay period specified or click on the dates below to view the paystub for a specific pay date.

| Type | Description | 11/08/2024 85838114 | 11/22/2024 86204090 | 12/06/2024 86473188 | 12/20/2024 86863260 | 86865475 | 01/03/2025 87213048 | 01/17/2025 87528837 |
|---|---|---|---|---|---|---|---|---|
| **Earnings - Pay** | Missed Meal Occurrences | 33.00 | | | | | | |
| | Rate 1 - Reg | 2,376.00 | 2,526.70 | 1,818.30 | 2,376.00 | | 1,317.80 | 1,677.67 |
| | Rate 1 - OT | 309.38 | 100.65 | 84.15 | 99.00 | | 29.70 | 45.50 |
| | Rate 1 - DT | | | | | | | |
| | Bereavement Pay | | | | | | | |
| | Holiday | | | 528.00 | | | 528.00 | 808.00 |
| | Sick | 33.00 | 99.00 | 297.00 | 264.00 | | 495.00 | 280.00 |
| | Vacation - Reg | 264.00 | | | | | 264.00 | |
| | Bonus - Sup | | | | | 500.00 | | |
| **Earnings - Hours** | Missed Meal Occurrences | 1.00 | | | | | | |
| | Rate 1 - Reg | 72.00 | 76.57 | 55.10 | 72.00 | | 39.93 | 47.93 |
| | Rate 1 - OT | 6.25 | 2.03 | 1.70 | 2.00 | | .60 | .87 |
| | Rate 1 - DT | | | | | | | |
| | Bereavement Pay | | | | | | | |
| | Holiday | | | 16.00 | | | 16.00 | 24.00 |
| | Sick | 1.00 | 3.00 | 9.00 | 8.00 | | 15.00 | 8.00 |
| | Vacation - Reg | 8.00 | | | | | 8.00 | |
| **Taxes** | Medicare | 41.15 | 36.96 | 36.98 | 37.15 | 7.25 | 35.63 | 38.19 |
| | SocSec | 175.97 | 158.05 | 158.12 | 158.84 | 31.00 | 152.36 | 163.31 |
| | Federal Taxes | 187.98 | 153.29 | 153.43 | 154.81 | 110.00 | 138.08 | 159.28 |
| | SDI | 31.22 | 28.04 | 28.05 | 28.18 | 5.50 | 29.49 | 31.61 |
| | SIT | 65.22 | 52.51 | 52.56 | 53.06 | 51.15 | 46.50 | 54.27 |
| **Deductions** | Dependent D/V | 24.00 | 24.00 | 24.00 | 24.00 | | 24.00 | 24.00 |
| | Dependent Med | 79.55 | 79.55 | 79.55 | 79.55 | | 79.55 | 79.55 |
| | Employee D/V | 7.04 | 7.04 | 7.04 | 7.04 | | 7.04 | 7.04 |
| | Employee Med | 66.52 | 66.52 | 66.52 | 66.52 | | 66.52 | 66.52 |
| **Totals** | Gross Pay | 3,015.38 | 2,726.35 | 2,727.45 | 2,739.00 | 500.00 | 2,634.50 | 2,811.17 |
| | Net Pay | 2,336.73 | 2,120.39 | 2,121.20 | 2,129.85 | 295.10 | 2,055.33 | 2,187.40 |

# KRISTOPHER VANOVER

**Employee ID:** 4540272

Pay History Information
Pay Dates: 11/01/2024 to 06/13/2025
  5287000 - SIMULATOR PRODUCT SOLUTIONS LLC

Click Here to view all paystubs for the pay period specified or click on the dates below to view the paystub for a specific pay date.

| Type | Description | 01/31/2025 87907797 | 02/14/2025 88125194 | 02/28/2025 88465891 | 03/14/2025 88880769 | 03/28/2025 89173147 | 04/11/2025 89467630 | 04/25/2025 89805424 |
|---|---|---|---|---|---|---|---|---|
| **Earnings - Pay** | Missed Meal Occurrences | | | | | | | |
| | Rate 1 - Reg | 2,461.67 | 1,959.42 | 2,608.67 | 2,650.08 | 2,514.17 | 2,800.00 | 2,639.00 |
| | Rate 1 - OT | 16.62 | 224.00 | 70.00 | 226.62 | 196.00 | 138.25 | 9.62 |
| | Rate 1 - DT | | 502.83 | | | | | |
| | Bereavement Pay | | | | | | | |
| | Holiday | | | | | | | |
| | Sick | 329.58 | 787.50 | 87.50 | | 157.50 | | |
| | Vacation - Reg | | 52.50 | 122.50 | 560.00 | | | 152.83 |
| | Bonus - Sup | | | | | | | |
| **Earnings - Hours** | Missed Meal Occurrences | | | | | | | |
| | Rate 1 - Reg | 70.33 | 55.98 | 74.53 | 75.72 | 71.83 | 80.00 | 75.40 |
| | Rate 1 - OT | .32 | 4.27 | 1.33 | 4.32 | 3.73 | 2.63 | .18 |
| | Rate 1 - DT | | 7.18 | | | | | |
| | Bereavement Pay | | | | | | | |
| | Holiday | | | | | | | |
| | Sick | 9.42 | 22.50 | 2.50 | | 4.50 | | |
| | Vacation - Reg | | 1.50 | 3.50 | 16.00 | | | 4.37 |
| **Taxes** | Medicare | 37.97 | 48.38 | 39.14 | 47.08 | 38.83 | 39.86 | 37.87 |
| | SocSec | 162.33 | 206.87 | 167.34 | 201.32 | 166.04 | 170.42 | 161.94 |
| | Federal Taxes | 157.39 | 243.59 | 167.08 | 232.85 | 164.56 | 173.03 | 156.62 |
| | SDI | 31.42 | 40.04 | 32.39 | 38.97 | 32.14 | 32.98 | 31.34 |
| | SIT | 53.58 | 85.80 | 57.13 | 81.24 | 56.21 | 59.31 | 53.29 |
| **Deductions** | Dependent D/V | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 |
| | Dependent Med | 86.35 | 86.35 | 86.35 | 86.35 | 86.35 | 86.35 | 86.35 |
| | Employee D/V | 7.04 | 7.04 | 7.04 | 7.04 | 7.04 | 7.04 | 7.04 |
| | Employee Med | 72.19 | 72.19 | 72.19 | 72.19 | 72.19 | 72.19 | 72.19 |
| **Totals** | Gross Pay | 2,807.87 | 3,526.25 | 2,888.67 | 3,436.70 | 2,867.67 | 2,938.25 | 2,801.45 |
| | Net Pay | 2,175.60 | 2,711.99 | 2,236.01 | 2,645.66 | 2,220.31 | 2,273.07 | 2,170.81 |

# KRISTOPHER VANOVER

**Employee ID:** 4540272

Pay History Information
Pay Dates: 11/01/2024 to 06/13/2025
 5287000 - SIMULATOR PRODUCT SOLUTIONS LLC

Click Here to view all paystubs for the pay period specified or click on the dates below to view the paystub for a specific pay date.

| Type | Description | 05/09/2025 90145057 | 05/23/2025 90546758 | 06/06/2025 90782560 | |
|---|---|---:|---:|---:|---:|
| **Earnings - Pay** | Missed Meal Occurrences | | | | 33.00 |
| | Rate 1 - Reg | 2,726.50 | 2,780.75 | 1,948.33 | 37,181.06 |
| | Rate 1 - OT | 6.13 | 11.38 | 14.87 | 1,581.87 |
| | Rate 1 - DT | | | | 502.83 |
| | Bereavement Pay | | | 280.00 | 280.00 |
| | Holiday | | | 280.00 | 2,144.00 |
| | Sick | | | | 2,830.08 |
| | Vacation - Reg | 140.00 | | 280.00 | 1,835.83 |
| | Bonus - Sup | | | | 500.00 |
| **Earnings - Hours** | Missed Meal Occurrences | | | | 1.00 |
| | Rate 1 - Reg | 77.90 | 79.45 | 55.67 | 1,080.34 |
| | Rate 1 - OT | .12 | .22 | .28 | 30.85 |
| | Rate 1 - DT | | | | 7.18 |
| | Bereavement Pay | | | 8.00 | 8.00 |
| | Holiday | | | 8.00 | 64.00 |
| | Sick | | | | 82.92 |
| | Vacation - Reg | 4.00 | | 8.00 | 53.37 |
| **Taxes** | Medicare | 38.90 | 37.74 | 37.90 | 636.98 |
| | SocSec | 166.35 | 161.36 | 162.04 | 2,723.66 |
| | Federal Taxes | 165.16 | 155.50 | 156.83 | 2,829.48 |
| | SDI | 32.20 | 31.23 | 31.36 | 516.16 |
| | SIT | 56.43 | 52.88 | 53.37 | 984.51 |
| **Deductions** | Dependent D/V | 24.00 | 24.00 | 24.00 | 384.00 |
| | Dependent Med | 86.35 | 86.35 | 86.35 | 1,340.80 |
| | Employee D/V | 7.04 | 7.04 | 7.04 | 112.64 |
| | Employee Med | 72.19 | 72.19 | 72.19 | 1,121.02 |
| **Totals** | Gross Pay | 2,872.63 | 2,792.13 | 2,803.20 | 46,888.67 |
| | Net Pay | 2,224.01 | 2,163.84 | 2,172.12 | 36,239.42 |