FILED
SEP 04 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>**Kristopher Lee VanOver and Ana Raquel VanOver,**<br><br>Debtor(s). | Case No.    2:25-bk-15233-BB<br><br>Chapter 7<br><br>NOTICE OF RESCHEDULED HEARING<br><br>**Current Hearing Date**<br>Date:    September 16, 2025<br>Time:    10:00 a.m.<br><br>**Rescheduled Hearing Date**<br>Date:    September 24, 2025<br>Time:    11:00 a.m. |

**TO ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE, that on the Court's own motion, the matter listed below has been rescheduled to **September 24, 2025 at 11:00 A.M.** to be heard before the Honorable Sheri Bluebond, Bankruptcy Judge.

**Notice of motion and motion for relief from the automatic stay (dkt #13)**

**PLEASE TAKE FURTHER NOTICE,** that parties are encouraged to attend hearings virtually. However, parties may appear in person in Courtroom 1539, ZoomGov Video or ZoomGov Audio. Parties are free to choose any of these options, unless otherwise ordered by the Court. Parties electing to appear in person shall comply with all requirements regarding social distancing, use of face masks, etc. which will be in effect at the time of the hearing.

1. Parties in interest and members of the public may connect to the video and audio feeds, free of charge, using the connection information provided below.

2. Individuals may participate by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone or Android phone). **\* Individuals may opt to participate by audio only using a telephone (standard telephone charges may apply).**

3. Neither a Zoom nor a ZoomGov account is necessary to participate, and no pre-registration is required **but you must still notify Chambers at Chambers_SBluebond@cacb.uscourts.gov of your appearance"**. The audio portion of each hearing will be recorded electronically by the Court and constitutes its official record.

4. For more information on appearing before Judge Bluebond by ZoomGov, please see the information on the Court's website at: https://www.cacb.uscourts.gov/judges/honorable-sheri-bluebond under the tab, "Phone/ Video Appearances"

> **The following is the unique ZoomGov connection information for the above reference hearing:**
>
> **Video/audio web address:** https://cacb.zoomgov.com/j/16161090855
> **ZoomGov meeting number: 161 6109 0855**
> **Password: 148508**
>
> **\* Telephone conference lines:** 1 (669) 254 5252 or 1 (646) 828 7666
> (when prompted, enter meeting number and password shown above)

**Tips for a Successful ZoomGov Court Experience**

1. Test the video and audio capabilities of your computer or mobile device in advance of the hearing (i.e., at least one day in advance). You can do this by clicking on the ZoomGov meeting link posting for the hearing and/or check your video and audio using the ZoomGov app.

2. If you intend to speak at the hearing, please find a quiet place from which to participate.

3. If you are connecting to the hearing using a wireless device, you should situate yourself in a location with a strong wireless signal.

4. Unless and until it is your turn to speak, please mute your audio to minimize background noise. (If connected to ZoomGov audio by telephone, you can mute or unmute your connection by pressing *6 on your phone.)

5. When you first speak—and each time you speak after someone else has spoken—please say your name. This may seem awkward but is essential to making a good court record. The only part of the hearing being recorded is the audio. If a transcript is requested, it is sometimes difficult for the transcriber to know who is speaking.

6. If you are participating by video, try to avoid having a window or bright background behind you. (You may, as a result, appear on video as a shadow.) If you cannot avoid the bright background, try using a desk lamp or other light source to brighten your face.

7. If available, a headset-microphone often provides better sound quality for listening and speaking.

8. Participants and members of the public should at all times remember that although conducted remotely, these hearings are official court proceedings, and individuals should act accordingly.

   a. If video is enabled, please wear attire consistent with the decorum of court proceedings.

   b. ZoomGov permits the use of virtual backgrounds to safeguard your privacy. If you choose to use a virtual background, please avoid backgrounds that are offensive or distracting.

   c. ZoomGov video participants are permitted to specify a display name. If using video, please specify your complete name to assist the Court in creating a record of the proceedings.

Dated: 9/4/2025

**DEPUTY CLERK**

# CERTIFICATE OF SERVICE

I, Maria Evangelista, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

**Kristopher Lee VanOver**
**19127 Pioneer Blvd Spc 7**
**Artesia, CA 90701-6706**

**Ana Raquel VanOver**
**19127 Pioneer Blvd Spc 7**
**Artesia, CA 90701-6706**

**Electronic Mail Notice List**

Benjamin Heston on behalf of Debtor Kristopher Lee VanOver
bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston on behalf of Joint Debtor Ana Raquel VanOver
bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

John P Pringle (TR)
brenfro@rpmlaw.com, jpp@trustesolutions.net;jpringle@rpmlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Diane Weifenbach on behalf of Creditor 21st Mortgage Corporation
diane@attylsi.com, bankruptcy1@attylsi.com

Date: 9/4/2025        Signature: _/s/ Maria Evangelista_

Deputy Clerk [printed name]: Maria Evangelista