Diane Weifenbach, Esq. (SBN 162053)
LAW OFFICE OF DIANE WEIFENBACH, P.C.
5120 E. LaPalma, Suite 209
Anaheim, CA 92807
Ph:  (714) 695-6637
Email: diane@attylsi.com

Attorney for Secured Creditor 21st MORTGAGE CORPORATION

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| In Re:<br><br>KRISTOPHER LEE VANOVER AND ANA RAQUEL VANOVER,<br><br> DEBTOR. | CASE NO. : 2:25-BK-15233-BB<br><br>CHAPTER 7<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**(continued hearing)**<br>**Date: 10/14/2025**<br>**Time: 10:00 am**<br>**Ctrm: 1539** |

TO THE HONORABLE SHERI BLUEBOND, U.S. BANKRUPTCY JUDGE; DEBTORS', DEBTORS' ATTORNEY, AND THE CHAPTER 7 TRUSTEE

COMES NOW, Secured Creditor 21st MORTGAGE CORPORATION and hereby withdraws its Motion for Relief From Autoamtic Stay filed on August 20, 2025 Doc. #13, and requests that the continued hearing scheduled for October 14, 2025 at 10:00 a.m. be vacated.

Dated:  October 1, 2025                    LAW OFFICE OF DIANE WEIFENBACH, P.C.

                                By:_____/s/ Diane Weifenbach_____
                                    DIANE V. WEIFENBACH, Attorneys for
                                    Creditor 21st MORTGAGE CORPORATION

1  **NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

5120 E. La Palma Ave #209, Anaheim, CA 92807

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/01/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtors Attorney: Benjamin Heston - bhestonecf@gmail.com
Chapter 7 Trustee: John P. Pringle -  jpringle@rpmlaw.com
U.S. Trustee: ustregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/01/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Kristopher Lee VanOver and Ana Raquel VanOver - 19127 Pioneer Blvd Sp# 7, Artesia, CA 90701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/01/2025 | Hope Upham | /s/ Hope Upham |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE