| | |
|---|---|
| | **FILED**<br>OCT 02 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                    Deputy Clerk |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION** | **CASE NO. 2:25-15233-BB** |
| In re<br><br>Kristopher Lee VanOver<br>Ana Raquel VanOver | **NOTICE RE NON-REQUIREMENT OF APPROVAL OF REAFFIRMATION AGREEMENT** |

The court is **NOT** required to approve a Reaffirmation Agreement where Consumer debt is secured by real property (11 U.S.C. § 524(c)(6)(B)) with Creditor:
  **21st Mortgage Corporation**

The Reaffirmation Agreement filed on **October 1, 2025** involves:
  √ Consumer debt that is secured by real property (11 U.S.C. § 524(c)(6)(B))
Therefore, this matter will **NOT** be set for a hearing and no ruling will be made regarding whether the Reaffirmation Agreement is enforceable.

Dated: **10/2/25**

_____
**Deputy Clerk**


# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.

A true and correct copy of the foregoing document described as **Notice re Non-Requirement of Approval re Reaffirmation Agreement** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –**

Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __10/2/25__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Benjamin Heston on behalf of Debtor Kristopher Lee VanOver
bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston on behalf of Joint Debtor Ana Raquel VanOver
bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

John P Pringle (TR)
brenfro@rpmlaw.com, jpp@trustesolutions.net;jpringle@rpmlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Diane Weifenbach on behalf of Creditor 21st Mortgage Corporation
diane@attylsi.com, bankruptcy1@attylsi.com

Joshua Williamson on behalf of Creditor 21st Mortgage Corporation
joshwilliamson@21stmortgage.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __10/2/25,__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Kristopher Lee VanOver**
**Ana Raquel VanOver**
**19127 Pioneer Blvd Spc 7**
**Artesia, CA 90701**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **Fill in Date Document is Filed,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

__10/2/25__                                                                                        _[signature]_
Date                                                                                                        Signature